Case 1:13-cr-00365-AWI   Document 36   Filed 07/05/16   Page 1 of 3

AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | SECOND JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **CARLOS SAUCEDO** | (For Offenses Committed On or After November 1, 1987) |
| | Criminal Number: **1:13CR00365-001** |
| | Defendant's Attorney: Charles Lee, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charge(s)   One, Two, Three, Four, and Five   as alleged in the violation petition filed on   6/22/2016  .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | The Defendant Failed to Complete 150 Hours of Community Service | |
| Two | The Defendant Failed to Appear for a Review Hearing | 6/2/2016 |
| Three | The Defendant Failed to Make Monthly Fine Payments | |
| Four | The Defendant was Cited for a Violation of Wreckless Driving | 3/7/2015 |
| Five | The Defendant was Cited for a Violation of Reckless Drinking and Driving Under the Influence of Alcohol | 5/16/2016 |

The court:   [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   5/4/2015  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

7/5/2016
Date of Imposition of Sentence

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

**Barbara A. McAuliffe**, United States Magistrate Judge
Name & Title of Judicial Officer

7/5/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 2 - Imprisonment

DEFENDANT: **CARLOS SAUCEDO**
CASE NUMBER: **1:13CR00365-001**

Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 20 days, 3 days for credit for time served.

- [ ]  No TSR: Defendant shall cooperate in the collection of DNA.

- [ ]  The court makes the following recommendations to the Bureau of Prisons:

- [✓]  The defendant is remanded to the custody of the United States Marshal.

- [ ]  The defendant shall surrender to the United States Marshal for this district
    - [ ]  at ___ on ___.
    - [ ]  as notified by the United States Marshal.

- [ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ]  before ___ on ___.
    - [ ]  as notified by the United States Marshal.
    - [ ]  as notified by the Probation or Pretrial Services Officer.

    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By Deputy United States Marshal

Case 1:13-cr-00365-AWI   Document 36   Filed 07/05/16   Page 3 of 3

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**CARLOS SAUCEDO**  
CASE NUMBER:**1:13CR00365-001**

Page 3 of 3

## PROBATION

The defendant's probation will be terminated upon completion of term of imprisonment .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation: